AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| YVONNE ANSAH OWUSU | ) | Case No. 1:11mj405 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED
MAY 29 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____May 29, 2011_____ in the county of _____Loudoun_____ in the
___Eastern___ District of _____Virginia_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 952(a) and 960(a)(1) & (b)(1)(A) | knowingly and intentionally importing into the United States from a place outside thereof one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Patricia Craig, Special Agent, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __May 29, 2011__

/s/
Ivan D. Davis
United States Magistrate Judge

City and state: _____Alexandria, Virginia_____