

FILED
JUN 15 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| v. | ) No. 1:11cr282<br>) |
| YVONNE ANSAH OWUSU, | ) Importation of Heroin<br>) (21 U.S.C. §§ 952(a), 960(a)(1) & (b)(1)(A)) |
| Defendant. | ) |

## INDICTMENT

June 2011 Term – At Alexandria, Virginia

THE GRAND JURY CHARGES THAT:

On or about May 29, 2011, in Loudoun County, Virginia, in the Eastern District of Virginia, the defendant, YVONEE ANSAH OWUSU, did knowingly and intentionally import into the United States from a place outside thereof one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance. (In violation of Title 21, United States Code, Sections 952(a) and 960(a)(1) & (b)(1)(A)).

A TRUE BILL
Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

_____
FOREPERSON

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

By: _____
James P. Gillis
Assistant United States Attorney
Jacquelyn Rivers
Special Assistant United States Attorney